UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Phong PHAN | * | CIVIL ACTION |
| | * | NO. 1:25-cv-01403-DDD-JPM |
| V. | | |
| | * | JUDGE DEE D DRELL |
| Kristi NOEM, ET AL | * | MAGISTRATE JUDGE JOSEPH H L PEREZ-MONTES |

ORDER

Considering the foregoing Motion for Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), it is hereby ORDERED that that the Motion be GRANTED without Prejudice on this 22nd day of October, 2025.

_____
DEE D. DRELL, SENIOR JUDGE
U. S. DISTRICT COURT
